**Order filed December 18, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00852-CV
_____

### SALVADOR GARCIA AND ALL OCCUPANTS, Appellants

### V.

### NABEEL HUSSAIN, Appellee

**On Appeal from the Co Civil Ct at Law No 3**
**Harris County, Texas**
**Trial Court Cause No. 1116819**

## O R D E R

Appellant's brief was due December 3, 2018. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **January 2, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM